**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Virginia N. Nye |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 18−15127−JNP |

Social Security number or ITIN   xxx−xx−1013
EIN   _ _−_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _−_ _ _ _ _ _ _

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Virginia N. Nye

1/3/20

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Virginia N. Nye
      Debtor

Case No. 18-15127-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 2    Date Rcvd: Jan 03, 2020
                      Form ID: 318    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.

```
db            +Virginia N. Nye,    311 Rainbow Lane,    Vineland, NJ 08360-2873
intp          +Michelle Vennell,    3802 High Street,    Pennsauken, NJ 08110-3143
517551896     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517390461     +Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
517731304      Christopher Drake,    3650 E Oak Rd,    Buena, NJ 08310
517390462     +City Of Vineland,    640 E Wood St,    Tax Collector,    Vineland, NJ 08360-3722
517390463      D & A Services,    1400 E. Touhy Ave St G2,    Des Plaines, IL 60018
517390465      EOS CCA,    PO Box 981025,    c/o Verizon,    Boston, MA 02298-1025
518443986      Laury Heating Cooling & Plumbing,    PO Box 727,    Vineland, NJ 08362-0727
518443987      Monterey Financial Services, LLC,    4095 Avenida de la Plata,    Oceanside, CA 92056-5802
518443988      Nextep Funding, LLC,    PO Box 650582,    Potomac Falls, VA 20165-0582
517390469      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517390470    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518443989      South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
518443990     +The Landis Sewerage Authority,    1776 S Mill Rd,    Vineland, NJ 08360-6200
518443991      Vineland Municipal Utilities,    PO Box 1508,    Vineland, NJ 08362-1508
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            +EDI: QJDMARCHAND.COM Jan 04 2020 04:28:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2020 00:02:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2020 00:02:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517390460      EDI: BANKAMER.COM Jan 04 2020 04:28:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
517552557     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 04 2020 00:02:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
517390464     +EDI: DCI.COM Jan 04 2020 04:28:00      Diversified Consultants,    PO BOX 551268,
                 c/o Dish Network,    Jacksonville, FL 32255-1268
517390468      EDI: IRS.COM Jan 04 2020 04:28:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517390471     +EDI: SWCR.COM Jan 04 2020 04:28:00      SW Credit Systems,    4120 International PKWY,    Ste 1100,
                 c/o Comcast,    Carrollton, TX 75007-1958
517390472     +EDI: VERIZONCOMB.COM Jan 04 2020 04:28:00      Verizon,    500 Technology Dr Ste 300,
                 Weldon Spring, MO 63304-2225
517527271     +EDI: AIS.COM Jan 04 2020 04:28:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517390467*     Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517390466*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                Signature:    /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Jan 03, 2020
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa S DiCerbo     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo     on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Moshe   Rothenberg    on behalf of Debtor Virginia N. Nye moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```